THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
RECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Chad Artemus Myrick, Appellant.
 
 
 

Appeal from Richland County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-049
Submitted January 2, 2007  Filed January 26, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  A jury convicted Chad Artemus Myrick of assault and battery with intent to kill.  He received a seven year sentence suspended upon the service of three years and probation for two years.  On appeal, Myrick asserts the trial judge erred in admitting the victims identification.  Myricks counsel attached a petition to be relieved, stating she reviewed the record and concluded this appeal lacks merit.  Myrick did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.